IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRITTANY VONBERGEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BPS DIRECT, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 2:22-cv-04709-JP<br>)<br>)<br>)<br>)<br>) |

**STIPULATION FOR EXTENSION OF TIME**

Plaintiff and Defendant, by and through their undersigned counsel and pursuant to LR 7.4, hereby stipulate that the deadline for Defendant BPS Direct, LLC to answer or otherwise respond to Plaintiff's Complaint is extended by thirty (30) days to January 18, 2023.

By: _/s/ Ari H. Marcus_
Ari H. Marcus, Esq. (PA ID No. 322283)
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: (732) 695-3282
Fascimile: (732) 298-6256
Ari@marcuszelman.com

*Counsel for Plaintiff*

By: _/s/ Erin L. Leffler_
Erin L. Leffler (PA ID No. 204507)
SHOOK, HARDY & BACON L.L.P.
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA 19103
Tel: (215) 278-2555
Fax: (215) 278-2594
eleffler@shb.com

*Attorneys for Defendant BPS Direct, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 19, 2022, I electronically filed the foregoing Stipulation for Extension of Time with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      */s/ Erin L. Leffler*
      Erin L. Leffler

      *Attorney for Defendant, BPS Direct LLC*