## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING | : MDL 3074 <br> : <br> : <br> : E.D.Pa. ACTION NOS.: <br> : 23-md-3074 <br> : 22-cv-4709 <br> : 23-cv-2282 <br> : 23-cv-2287 <br> : 23-cv-2293 <br> : 23-cv-2294 <br> : 23-cv-2295 <br> : 23-cv-2306 <br> : 23-cv-2338 |

# **ORDER**

**AND NOW**, this 26th day of June 2023, upon noting Defendants did not comply with the obligations imposed in paragraph eight of our attached June 20, 2023 Order (ECF Doc. No. 4) but then noting several of the Defendants' counsel did not register with their email addresses in the transferor districts depriving them of notice except for two lawyers at the Defendants' law firm, it is **ORDERED**:

1. The Clerk of Court shall forthwith mail this Order, along with the attached June 20, 2023 Orders (ECF Doc. Nos. 3, 4), to all counsel identified in the transferor dockets not receiving email notification;

2. Defendants' counsel properly registered with email addresses shall, no later than **June 27, 2023,** email this Order to their colleagues in the same law firm representing the same clients in cases from other transferor districts to confirm their notice and compliance with this Order and file a certificate of service confirming service upon their colleagues by no later than **June 28, 2023;**

3. We **amend** our June 20, 2023 Order (ECF Doc. No. 4) to require Defendants' counsel shall:

    a. On or before **June 27, 2023** email a copy of this Order to other attorneys not yet on the docket but knowingly involved in the cases and file a certificate of service confirming compliance by no later than **June 28, 2023**;

    b. File (or refile), a disclosure of all owners of the Defendants for purposes of conflict analysis and confirming diversity of citizenship in cases invoking our diversity subject matter jurisdiction on or before **June 30, 2023**;

    c. No later than **June 30, 2023** file a Notice of withdrawing a pending motion without prejudice as filed in the transferor District if now mooted by consolidation and transfer to our Docket; and,

4. All other obligations in our attached June 20, 2023 Orders (ECF Doc. Nos. 3, 4) remain in effect.

 

_____
**KEARNEY, J.**