IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING | : MDL 3074 :  :  : E.D.Pa. ACTION NOS.: : 23-md-3074 : 22-cv-4709 |

# ORDER

**AND NOW**, this 6th day of July 2023, upon considering the Motion for admission *pro hac vice* (ECF Doc. No. 34), and good cause shown consistent with the Local Rules and our Policies, it is **ORDERED** the Motion (ECF Doc. No. 34) is **GRANTED** and Joseph H. Kanee, Esquire is admitted to practice in this case in this Court under Local Rule 83.5.2(b).[1]

*[signature]*
**KEARNEY, J.**

---

[1] Counsel admitted to practice *pro hac vice* may register for an ECF E-Filer account in this District through the Court's website (http://www.paed.uscourts.gov/nextgen-cmecf).