IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING | : MDL 3074 <br> : <br> : <br> : E.D.Pa. ACTION NOS.: <br> : 23-md-3074 <br> : 22-cv-4709 <br> : 23-cv-2282 <br> : 23-cv-2287 <br> : 23-cv-2293 <br> : 23-cv-2294 <br> : 23-cv-2295 <br> : 23-cv-2306 <br> : 23-cv-2338 |

## ORDER

**AND NOW**, this 25th day of July 2023, following today's initial pretrial conference where counsel consented to the entry of an Order under Federal Rule of Evidence 502(d), it is **ORDERED** a party's disclosure in this litigation of a communication or information covered by the attorney-client privilege or entitled to work-product protection does not constitute a waiver of such privilege or protection either in this litigation or in any other federal or state proceeding.

KEARNEY, J.