**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: BPS DIRECT, LLC, AND** | : | **MDL 3074** |
| **CABELA'S, LLC, WIRETAPPING** | : | |
| | : | |
| | : | **E.D.Pa. ACTION NOS.:** |
| | : | **23-md-3074** |
| | : | **22-cv-4709** |
| | : | **23-cv-2282** |
| | : | **23-cv-2287** |
| | : | **23-cv-2293** |
| | : | **23-cv-2294** |
| | : | **23-cv-2295** |
| | : | **23-cv-2306** |
| | : | **23-cv-2338** |
| | : | **23-cv-4008** |

## **ORDER**

**AND NOW**, this 20th day of October 2023, upon reviewing the parties' proposed Agenda (ECF No. 63) for our October 23, 2023 status conference during our ongoing review of pending Motions to dismiss (ECF Nos. 54 and 38 in No. 23-4008), and consistent with our Policies advising we may consider pending motions during our status and scheduling calls, it is **ORDERED** lead counsel shall also be prepared to briefly address specific questions we may have arising from the Motions to dismiss <u>or</u> otherwise advise they agree upon presenting oral argument not exceeding ninety minutes to fully address our questions raised in our study of the thorough Motions to dismiss and responses in Courtroom 6B or over zoom (if preferred) on October 24, 2023 at 1:00 PM, October 25, 2023 at 3:30 PM, October 26, 2023 at 9:00 AM, or November 20, 2023 at 11:00 AM (aware we are unlikely to amend the parties' obligations during the pending motions).

**KEARNEY, J.**