# U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-3235

IN RE: BPS DIRECT, LLC; CABELA'S, LLC WIRETAPPING LITIGATION

BRIAN CALVERT; HEATHER CORNELL; TIMOTHY DURHAM; MARILYN HERNANDEZ;
GREG MOORE, JR.; ET AL.,

Appellants

_____

Appeal from the U.S. District Court, E.D. Pa.
Judge Mark A. Kearney, Nos. 2:23-md-03074, 2:22-cv-04709, 2:23-cv-02282,
2:23-cv-02287, 2:23-cv-02293, 2:23-cv-02294, 2:23-cv-02295, 2:23-cv-02306,
2:23-cv-02338 & 2:23-cv-04008

Before: HARDIMAN, KRAUSE, and FREEMAN, *Circuit Judges*
Argued Sep. 10, 2025

_____

JUDGMENT

This cause came on to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on September 10, 2025.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered on December 18, 2023, is hereby REVERSED IN PART; AFFIRMED IN PART, AS MODIFIED; and REMANDED. Costs will not be taxed. All in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: May 11, 2026

Certified as a true copy and issued in lieu
of a formal mandate on ___June 2, 2026___

Teste: *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**