IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: BPS DIRECT, LLC, AND    : MDL 3074
CABELA'S, LLC, WIRETAPPING     :
                               :
                               : E.D.Pa. ACTION NOS.:
                               : 23-md-3074
                               : 22-cv-4709
                               : 23-cv-2282
                               : 23-cv-2287
                               : 23-cv-2293
                               : 23-cv-2294
                               : 23-cv-2295
                               : 23-cv-2306
                               : 23-cv-2338
                               : 23-cv-4008

## ORDER

**AND NOW**, this 2nd day of June 2026, upon considering our Court of Appeals' Mandate (ECF 100), and for good cause, it is **ORDERED** we shall hold a status and scheduling conference over the telephone on **June 9, 2026** at **4:00 P.M.** via ZoomGov (1-646-828-7666; Meeting ID: 165 413 4828; Passcode: 697812).

_____
KEARNEY, J.