**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: BPS DIRECT, LLC, AND | : | MDL 3074 |
| CABELA'S, LLC, WIRETAPPING | : | |
| | : | |
| | : | E.D.Pa. ACTION NOS.: |
| | : | 23-md-3074 |
| | : | 22-cv-4709 |
| | : | 23-cv-2282 |
| | : | 23-cv-2287 |
| | : | 23-cv-2293 |
| | : | 23-cv-2294 |
| | : | 23-cv-2295 |
| | : | 23-cv-2306 |
| | : | 23-cv-2338 |
| | : | 23-cv-4008 |

## ORDER

**AND NOW**, this 5th day of June 2026, upon considering the parties' unopposed Motion to amend (ECF 102) our June 2, 2026 Order (ECF 101) to adjourn the status and trial scheduling call for eight days, and finding good cause, it is **ORDERED** we **GRANT** the parties' Motion (ECF 102) requiring we **amend** our June 2, 2026 Order (ECF 101) to:

1.     **Require** Plaintiffs file a joint status memorandum not exceeding five pages no later than **11:00 AM** on **June 16, 2026** describing each party's position on the cases remaining for our coordination and the continuing need and steps in a multi-district case including proposing dates for next steps until referral back to the transferor District for trial; and,

2.     **Reschedule** the status and scheduling conference over the telephone before our trial day on **June 17, 2026** at **8:20 A.M. EST** via ZoomGov (1-646-828-7666; Meeting ID: 165 413 4828; Passcode: 697812).

**KEARNEY, J.**