**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: BPS DIRECT, LLC, AND** | : | **MDL 3074** |
| **CABELA'S, LLC, WIRETAPPING** | : | |
| | : | |
| | : | **E.D.Pa. ACTION NOS.:** |
| | : | **23-md-3074** |
| | : | **22-cv-4709** |
| | : | **23-cv-2282** |
| | : | **23-cv-2287** |
| | : | **23-cv-2293** |
| | : | **23-cv-2294** |
| | : | **23-cv-2295** |
| | : | **23-cv-2306** |
| | : | **23-cv-2338** |
| | : | **23-cv-4008** |

## ORDER

**AND NOW**, this 17th day of June 2026, following today's telephonic status conference (ECFs 101, 103) following review of the parties' status Memoranda (ECF 104) with proposed steps, and finding good cause to set obligations upon partial remand from our Court of Appeals (ECF 100) as to two Plaintiffs from Pennsylvania and Massachusetts to allow the parties to organize their allegations and address the remaining claims in addition to moving forward towards resolution consistent with Rule 1 and the parties' stated consent to begin meaningful discussions, it is **ORDERED** we:

1. **GRANT:**

   a. Plaintiffs leave to file a second consolidated amended Complaint by no later than **July 15, 2026;**

   b. Defendants leave to timely Answer under the Federal Rules of Civil Procedure or move for dispositive relief compliant with our Policies no later than **August 17, 2026** with a response to a dispositive motion filed by no later than **September 3, 2026**;

2.      **AMEND** our November 29, 2023 Order (ECF 85) to expand Special Master Vanaskie's Discovery Master role to now also serve (until further Order) as a Rule 53 Special Settlement Master requiring:

a.      Judge Vanaskie file an updated Rule 53 Affidavit of no conflicts by no later than **June 23, 2026;**

b.      Plaintiffs' counsel forthwith email Judge Vanaskie (copied to all counsel) to arrange for meaningful fulsome mediation after their filing of the second consolidated amended Complaint consistent with this Order and before Defendants begin finalizing their Answer or dispositive motion; and,

3.      **REQUIRE** Plaintiffs' counsel file an amended Joint Rule 26(f) Report by no later than **September 10, 2026** offering the parties' reasoned good faith proposals as to obligations consistent with Rule 1 to move to trial through our entry of a Case Management Order No. 2 (updated from our July 26, 2023 Order (ECF 52)) as warranted.

_____
**KEARNEY, J.**