### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: BPS DIRECT, LLC, AND     :   MDL 3074
CABELA'S, LLC, WIRETAPPING

                                      :   E.D.Pa. ACTION NOS.:
                                        :   23-md-3074
                                        :   22-cv-4709
                                        :   23-cv-2282
                                        :   23-cv-2287
                                        :   23-cv-2293
                                        :   23-cv-2294
                                        :   23-cv-2295
                                        :   23-cv-2306
                                        :   23-cv-2338
                                        :   23-cv-4008

### AFFIDAVIT

Pursuant to Federal Rule of Civil Procedure 53(b)(3), I hereby declare under penalty of perjury that there is no ground under 28 U.S.C § 455 Requiring my disqualification from serving as Special Masters in this Matter.

_Thomas I. Vanaskie_
Thomas I. Vanaskie

Sworn to and subscribed before me
This 22 Day of June 2026

_Frances K. Saunders_

Commonwealth of Pennsylvania - Notary Seal
Frances K. Saunders, Notary Public
Lackawanna County
My Commission Expires August 22, 2027
Commission Number 1437917